Pro Se 2 (Rev 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

For the Northern District of Georgia

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**NOV 07 2022**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Division

Case No. **1:22-CV-4429**

*(to be filled in by the Clerk's Office)*

Milton R Haase, Jr.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

PLAINTIFFS EMERGENCY REQUEST FOR AN
EX-PARTE TEMPORARY RESTRAINING ORDER
TO PERSERVE STATUS QUO UNTIL PRELIMINARY
INJUNCTION CAN BE FILED

Luanne Marie Bonnie

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

(A) Emergency
ex parte TPO

# COMPLAINT AND REQUEST FOR ~~INJUNCTION~~

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Milton R Haase, Jr. |
| Street Address | 5036 Redcliff Court |
| City and County | Atlanta, Dekalb County |
| State and Zip Code | Georgia 30338 |
| Telephone Number | (470) 336-8000 |
| E-mail Address | Allothersallothers@hotmail.com |

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Luanne Marie Bonnie |
| Job or Title *(if known)* | Just appointed Personal Representative in Estate of Ann Haase (being appealed) |
| Street Address | 252 Mount Vernon Drive |
| City and County | Decatur, Dekalb County |
| State and Zip Code | Georgia   30030 |
| Telephone Number | (470) 336-8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Wells Fargo Bank, N.A. |
| Job or Title *(if known)* | |
| Street Address | 2 SUN COURT, SUITE 400 |
| City and County | Peachtree Corners, Gwinnett County |
| State and Zip Code | GEORGIA  30092 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Aldridge Pite, LLP |
| Job or Title *(if known)* Street Address | Fifteen Piedmont Center 3575 Piedmont Road, N.E., Suite 500 |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Georgia 30305 |
| Telephone Number | 404-994-7400 |
| E-mail Address *(if known)* | djones@aldridgepite.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case  1.) Consumer Financial Protection Bureau Regulations & US Bankruptcy Law

2.)  12 C.F.R. § 1024.31 created in 2018 on the right of a named beneficiary to
3.)  Regulation X of the Real Estate Settlement Procedures Act (RESPA)
4.)  Regulation Z, which implements the Truth in Lending Act (TILA). The new rules expand the definition of a "borrower" for the purposes of RESPA, and "consumer" for the purposes of TILA

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

      a.    If the plaintiff is an individual

         The plaintiff, *(name)*                                          , is a citizen of the

         State of *(name)*                                          .

      b.    If the plaintiff is a corporation

         The plaintiff, *(name)*                                          , is incorporated

         under the laws of the State of *(name)*

         and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

      a.    If the defendant is an individual

         The defendant, *(name)*                                          , is a citizen of

Pro Se 2 (Rev 12/16) Complaint and Request for Injunction

the State of *(name)* . Or is a citizen of
*(foreign nation)*

b.   If the defendant is a corporation
The defendant, *(name)* , is incorporated under
the laws of the State of *(name)* . and has its
principal place of business in the State of *(name)*
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)* .

The underlying value of the home after mortgages is an equity value of over $150,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

**In Atlanta, GA, Dekalb County, Defendant Wells Fargo Bank, N.A. and its agents are attempting to foreclose on family home. Also in Dekalb County, GA., State appointed conservator Defendant Luanne Bonnie is attempting to sell family home of 40 years and preventing petitioner's right to assume mortgage. All actions are occurring in the State of Georgia.**
Defendant Luanne Bonnie has been found by Federal Bankruptcy Court, Judge Hagenau in 2019, to threaten beneficiaries and be unfamiliar with Bankruptcy law. Petitioner Haase has filed a Motion to Reconsider in Dekalb Probate Court to contest her capacity to perform this fiduciary responsibilty.

Defendant Wells Fargo has refused to negotiate with named beneficiary Milton Haase contrary to Federal Law and has failed to speak with them while they ignored his rights while in parallel pursing foreclosure.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

Kindly See attached Brief in Support of Petition. However for Judicial economy see next paragraph:

Wells Fargo Bank, N.A. and/or its agents and affiliates sent a notice of foreclosure on the Prime Equity Line the family to be foreclosed on December 6, 2022.
Wells Fargo Bank, N.A. and/or its agents and affiliates sent notice that the Home Mortgage loan was to be foreclosed on January 3, 2023

**On or about October 31st, 2022, Defendant Luanne Bonnie stated to counsel that she wanted petitioner to out house immediately.**

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Petitioner's mother, Ann Haase died this year on March 28, 2022. When she died she was widowed from her husband of 60 years, petitioner's father, who died January 21, 2019.

C    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Kindly See attached Brief in Support of Petition. However for Judicial economy see next paragraph:

**This case is complex and spans many years. It is not expected that the Court would be able to readily follow this case**

In summary, petitioner's parents Ann & Milton Haase became ill and needed hospice care. Petitioner Milton Haase was living in California and sought that is parents become wards of the state until he could leave his job and move back to Atlanta to take care of them. Petitioner made the biggest mistake of his life as he was unable to have his parent returned. Dekalb County Conservator Mark Robinson stole over $500,000 of their life savings and moved her into a nursing home against her will and Advanced Directives. Ann Haase was beaten and died at that nursing home, the same where 3 nurses pleaded guilty to murder 1 year ago. They are seeking to sell the home to have more money to continue their predation. Named beneficiaries have at all times tried to negotiate to assume their legal right to assume loan and request this brief 14 day respite so they can seek counsel and file lawsuits to protect their rights.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Kindly See attached Brief in Support of Petition. However for Judicial economy see next paragraph:

For synopsis for judicial economy to the Court, the issue is the possession of Plaintiff's family home of over 40 years.

The family's home and dream of petitioner's father can not be replaced by money and constitutes a non-fungible asset whose value can not be replaced by money.

**It was the desire of Petitioner's father for the family home to pass to the next generation of the family, David & Milton Haase. The presence of the family home is desired by petitioner as it aids in the trauma of losing a parent.**

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff Milton Haase requests Defendant Luanne Bonnie be immediately prevented from any attempt to remove named beneficiaries to include petitioner Milton Haase, from their family home of 5036 Redcliff Court, Atlanta, GA 30338 or foreclose upon this property. Petitioner requests this may be granted for a temporary time frame of 14 days while he applies for Preliminary Injunction and attends to US Federal Bankruptcy filing.

**Likewise, petitioner will use the 14 day time frame to look for an attorney to represent him.**

Plaintiff seeks the same temporary remedy for Defendant Wells Fargo and/or any agents acting on Wells Fargo Bank, N.A.'s behalf.

**Plaintiff seeks actual and punitive damage, in addition to attorneys fees, that may result from Bonnie's and Wells Fargo's actions against petitioner and beneficiaries.**

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        **November 7 , 2022**

Signature of Plaintiff

Printed Name of Plaintiff        Milton R. Haase, Jr.

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address

# Probate Court Order of Luanne Bonnie as Personal Representative

### IN THE PROBATE COURT OF DEKALB COUNTY
### STATE OF GEORGIA

IN RE:  ESTATE OF                )

                                     )

**ANN LOCKE HAASE,**         )      ESTATE NO. **2022-1125**

DECEASED               )

### LETTERS OF ADMINISTRATION WITH WILL ANNEXED
*[Not Relieved of Filing Returns]*

At a regular term of Probate Court, the Last Will and Testament dated **October 1, 1971** of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, was legally proven in Solemn Form to be the Decedent's Will and was admitted to record by order, and it was (further) ordered that **COUNTY ADMINISTRATOR LUANNE BONNIE** be allowed to qualify as Administrator with Will Annexed, and that upon doing so, Letters of Administration with Will Annexed be issued to said individual.

THEREFORE, the said Administrator, having taken the oath of office and complied with all the necessary prerequisites of the law, is legally authorized to discharge all the duties and exercise all the powers of Executor under the Will of said Deceased and of Administrator with Will Annexed according to the Will and the law and is/are hereby required to render a true and correct inventory of all the goods, chattels, rights and credits of said Deceased, and make a return of them to this Court; and further, to file a proper annual or final return with this Court each year within sixty (60) days of the anniversary date of appointment until the Administration with Will Annexed is fully discharged.

Given under my hand and official seal, the     21st of October, 2022    .

Bedelia C Hargrove
Judge of the Probate Court

NOTE:   *The following must be signed if the Judge does not sign the original of this document:*

Issued by:                                         *[Seal]*

Andria Yarber, Clerk of the Probate Court

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001
Telephone: (972) 341-5398
Telecopier: (972) 661-7720

October 04, 2022

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
7160 9668 9670 8998 7183

MARK A.C. ROBINSON
150 E PONCE DE LEON AVENUE STE 475
DECATUR, GA 30030

| RE: | Secured Creditor: | WELLS FARGO BANK, N.A. |
|---|---|---|
| | Mortgage Servicer: | WELLS FARGO BANK, N.A. |
| | Loan #: | ******7178 |
| | Our File #: | 00000009619206 |
| | Property Address: | 5036 REDCLIFF COURT |
| | | DUNWOODY, GEORGIA 30338 |
| | Account Number: | 6816812301216XXXX |

### PLEASE BE ADVISED THAT THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

This law firm represents WELLS FARGO BANK, N.A., the Mortgage Servicer, in its mortgage banking activities in the State of Georgia. We have been authorized by the Mortgage Servicer to initiate legal proceedings in connection with the collection of a debt associated with a Note and Security Deed (the "Debt").

WELLS FARGO BANK, N.A. holds the duly endorsed Note and is the current assignee of the Security Deed to your property. WELLS FARGO BANK, N.A., acting on behalf of and, as necessary, in consultation with WELLS FARGO BANK, N.A. (the current investor on your loan), is the entity with the full authority to negotiate, amend, and modify all terms of your loan. Pursuant to O.C.G.A. § 44-14-162.2, you may contact WELLS FARGO BANK, N.A at WELLS FARGO BANK, N.A., 3476 STATEVIEW BLVD, FORT MILL, SC 29715 800-288-3212 Please note that pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan.

By separate communication (the "Initial Communication Letter") you have been advised of your rights under the Fair Debt Collection Practices Act. That letter also advised you of certain rights (the "Borrower's Rights" - including your right to validate the Debt), which you could exercise within 30 days of your receipt of the Initial Communication Letter. Nothing in this letter will prevent you from exercising the Borrower's Rights as explained in the Initial Communication Letter.

Please be advised that the secured creditor intends to enforce the provisions in the referenced Note and Security Deed relative to payment of attorney's fees in addition to the principal and interest owed. The terms of your Note call for the addition of attorney's fees to the Debt in cases of collection by or through an attorney. The Official Code of Georgia, Section §13-1-11 requires that you be allowed ten (10) days from the receipt of this letter to pay the entire amount owed without having to pay attorney's fees. After that time, full attorney's fees allowed by Georgia law may be added to the Debt. For an updated, current and accurate payoff figure call this firm's Homeowners' Assistance Department at (972) 341-5398.

FOGA_Acct_13-1-11_Ltr.rpt - 07/19/2018 / Ver-36                                    Page 1 of 3

## Notice of Sale Under Power

State of Georgia
County of DEKALB

Under and by virtue of the Power of Sale contained in a Deed to Secure Debt given by MILTON R HAASE AND ANN L HAASE to WACHOVIA BANK, NATIONAL ASSOCIATION, dated 07/03/2007, and Recorded on 07/23/2007 as Book No. 20151 and Page No. 419, DEKALB County, Georgia records, as last assigned to WELLS FARGO BANK, N.A. (the Secured Creditor), by assignment, conveying the after-described property to secure a Note of even date in the original principal amount of $170,000.00, with interest at the rate specified therein, there will be sold by the undersigned at public outcry to the highest bidder for cash in DEKALB County, before the Courthouse door, and within the legal hours of sale on the first Tuesday in December, 2022, the following described property:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES

The debt secured by said Deed to Secure Debt has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Deed to Secure Debt. Because the debt remains in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in the Deed to Secure Debt and by law, including attorney's fees (notice of intent to collect attorney's fees having been given).

WELLS FARGO BANK, N.A. holds the duly endorsed Note and is the current assignee of the Security Deed to the property. WELLS FARGO BANK, N.A., acting on behalf of and, as necessary, in consultation with WELLS FARGO BANK, N.A. (the current investor on the loan), is the entity with the full authority to negotiate, amend, and modify all terms of the loan. Pursuant to O.C.G.A. § 44-14-162.2, WELLS FARGO BANK, N.A. may be contacted at: WELLS FARGO BANK, N.A., 3476 STATEVIEW BLVD, FORT MILL, SC 29715, 800-288-3212. Please note that, pursuant to O.C.G.A. § 44-14-162.2, the secured creditor is not required to amend or modify the terms of the loan.

To the best knowledge and belief of the undersigned, the party/parties in possession of the subject property known as 5036 REDCLIFF COURT, DUNWOODY, GEORGIA 30338 is/are: MILTON R HAASE AND ANN L HAASE or tenant/tenants.

Said property will be sold subject to (a) any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), (b) any matters which might be disclosed by an accurate survey and inspection of the property, and (c) all matters of record superior to the Deed to Secure Debt first set out above, including, but not limited to, assessments, liens, encumbrances, zoning ordinances, easements, restrictions, covenants, etc.

The sale will be conducted subject to (1) confirmation that the sale is not prohibited under the U.S. Bankruptcy Code; and (2) final confirmation and audit of the status of the loan with the holder of the security deed.

Pursuant to O.C.G.A. Section 9-13-172.1, which allows for certain procedures regarding the rescission of judicial and nonjudicial sales in the State of Georgia, the Deed Under Power and other foreclosure documents may not be provided until final confirmation and audit of the status of the loan as provided in the preceding paragraph.



WELLS FARGO BANK, N.A. as
Attorney in Fact for
MILTON R HAASE AND ANN L HAASE

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

00000009619206
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001
Telephone: (972) 341-5398

Aldridge Pite, LLP
15 Piedmont Center
3575 Piedmont Rd. N.E., Suite 500
Atlanta, GA 30305
Telephone: (877) 319-8840

November 2, 2022

VIA CERTIFIED MAIL

Milton R Haase
5036 Redcliff Ct
Dunwoody, GA 30338

RE:     NOTICE OF PENDING FORECLOSURE SALE

| | |
|---|---|
| Servicer's Loan Number: | 0547681387 |
| Our File Number: | 1000-17370A |
| Original Borrower(s): | Milton R Haase and Ann L Haase |
| Current Owner (s): | Mark A.C. Robinson Conservator for Ann Locke Haase |
| Property Address: | 5036 Redcliff Ct, Dunwoody, GA 30338 |

Dear Sir or Madam:

Enclosed herewith you will find a copy of the Notice of Sale Under Power that was submitted for publication in the legal newspaper in the county where the property is located. The foreclosure sale is scheduled for **January 3, 2023** (being the first Tuesday of said month unless said date falls on a Federal Holiday, in which case being the first Wednesday of said month), during the legal hours of sale at the **DeKalb** County Courthouse.

You are hereby notified the debt evidenced by the loan, including principal, interest and other authorized charges, has been declared, and is now, immediately due and payable in full. The Note executed in connection with the loan allows for the addition of attorneys' fees to the debt in the event of collection by or through an attorney-at-law. Pursuant to O.C.G.A. § 13-1-11, you are hereby afforded ten (10) days from your receipt of this letter to pay in full the debt owed without having to pay reasonable attorney fees. After this ten (10) day period, all attorneys' fees allowed under applicable Georgia law may be added to the debt.

In the event that the above-referenced default is not cured and the property is sold at foreclosure to a party other than the creditor, there could be money from the sale for distribution to   lien holders in the property and/or the former owner of record. To determine whether our firm is in possession of any money for distribution to lien holders in the property and/or the former owner of record, please call (877) 319-8840 or e-mail excessproceeds@aldridgepite.com no earlier than 45 days after the foreclosure sale date.

**PLEASE BE ADVISED THAT THIS LETTER MAY CONSTITUTE AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# JANUARY 3, 2023 FORECLOSURE NOTICE

You have received this notice because either: (1) you signed the Security Deed associated with the loan at issue and are defined as a "Borrower" or grantor under the terms of said Security Deed; or (2) you are defined as a "Debtor" under O.C.G.A. § 44-14-162.1. If you did not sign the associated Note, we are not seeking to collect the debt from you. As such, our action is strictly limited to a possible foreclosure of the above-referenced property.

In the event you have received a discharge in a Chapter 7 bankruptcy case, that discharge may have extinguished any personal liability you may have had for this loan. In such event, any action taken would be limited to the foreclosure on the above-referenced property and **would not be an attempt to collect the debt personally.** If you are involved in an active bankruptcy case and no relief from the automatic stay has been obtained by your lender, please _immediately_ fax your bankruptcy information to (888) 529-9214 or e-mail such bankruptcy information to bkcase@aldridgepite.com.

**Wells Fargo Bank, NA** is the entity or individual designated, who shall have full authority to negotiate, amend and modify all terms of the mortgage.

> Wells Fargo Bank, NA
> Loss Mitigation
> 3476 Stateview Boulevard
> Fort Mill, SC 29715
> 1-800-678-7986

Note, however, that such entity or individual is not required by law to negotiate, amend or modify the terms of the loan.

Should you need any additional information regarding this foreclosure, you may call (877) 319-8840. Please have our file number readily available when you call so we are better able to assist you in a timely fashion. Under certain circumstances and conditions, the lender may be able to allow you to reinstate the loan and stop foreclosure. Should you desire to reinstate the loan, please contact our office. We will be able to assist you in determining whether reinstatement is allowed, and if allowed, the amount of money which must be paid. All payments must be made through our office in the form of an unconditional tender of certified funds or cashier's check.

This letter is being sent to you in accordance with Georgia statutory foreclosure law requirements. You remain free at any time to contact the entity or individual referenced above to discuss other possible alternatives to foreclosure.

Sincerely,

Aldridge Pite, LLP

**PLEASE BE ADVISED THAT THIS LETTER MAY CONSTITUTE AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# WILL OF ANN HAASE



# Will

OF

ANN GRISBY LOCKE HAASE

GREENE, BUCKLEY, DeRIEUX & JONES

SUITE 1515 PEACHTREE CENTER SOUTH

225 PEACHTREE STREET, N. E.

ATLANTA, GEORGIA 30303

# WILL OF ANN HAASE

STATE OF GEORGIA

COUNTY OF FULTON

LAST WILL AND TESTAMENT

of

ANN GRISBY LOCKE HAASE

I, ANN GRISBY LOCKE HAASE, of the County of DeKalb, State of Georgia, do hereby revoke all Wills and Codicils heretofore made by me, and do hereby make, publish and declare this to be my Last Will and Testament.

ITEM I.

I give and bequeath unto my husband, MILTON RONALD HAASE, my personal effects, jewelry, clothing, household goods, furniture, and furnishings, pictures and silverware, automobile or automobiles, not otherwise disposed of, provided he survives me by as much as thirty (30) days. If my said husband does not survive me by as much as thirty (30) days, then said property shall go to my surviving children in equal shares considered by my executor to be approximately equal in value.

ITEM II.

I give and bequeath unto my husband, MILTON RONALD HAASE, provided he survives me by as much of thirty (30) days, any home in which I reside at the time of my demise, if owned by me, together with the land upon which said home is located, subject to any encumbrance thereon.

ITEM III.

I give, devise and bequeath all the rest, residue and remainder of my property of every kind and description and

# WILL OF ANN HAASE

wherever located to my husband, MILTON RONALD HAASE, if he survives me by as much as thirty (30) days. If my husband does not survive me by as much as thirty (30) days, then I give, devise, and bequeath all of the remaining property to my trustee hereinafter named, in trust upon the uses and trusts hereinafter set out:

a. The trustee shall hold and manage the trust estate for the benefit of my living children and the lineal descendants of a deceased child using so much of the net income as it may deem necessary for their support, maintenance and education. Realizing that one child or lineal descendants may require the expenditure of more money than another, the payment or expenditure of net income to or for the beneficiaries need not be equal, but may be in such proportions as my trustee may determine in its sole discretion, such determination being final and conclusive upon all beneficiaries. It is my desire, however, that insofar as consistent with the circumstances, in my trustee's discretion, the income be paid or used in equal shares for my living children with a share, per stirpes, for the lineal descendants of a deceased child. Any income not so used shall be accumulated and added to the corpus of this trust.

(1) My trustee shall have the power in its discretion to encroach upon the corpus of the trust estate in such amounts and at such times as it may deem necessary in order to provide for the support, maintenance, care and education of any one or more of said beneficiaries.

(2) When my youngest child in life shall have attained the age of twenty-three (23) years, or all of my children shall have sooner

STATE OF GEORGIA

COUNTY OF FULTON

## LAST WILL AND TESTAMENT

of

## ANN GRISBY LOCKE HAASE

I, ANN GRISBY LOCKE HAASE, of the County of DeKalb, State of Georgia, do hereby revoke all Wills and Codicils heretofore made by me, and do hereby make, publish and declare this to be my Last Will and Testament.

### ITEM I.

I give and bequeath unto my husband, MILTON RONALD HAASE, my personal effects, jewelry, clothing, household goods, furniture, and furnishings, pictures and silverware, automobile or automobiles, not otherwise disposed of, provided he survives me by as much as thirty (30) days. If my said husband does not survive me by as much as thirty (30) days, then said property shall go to my surviving children in equal shares considered by my executor to be approximately equal in value.

### ITEM II.

I give and bequeath unto my husband, MILTON RONALD HAASE, provided he survives me by as much of thirty (30) days, any home in which I reside at the time of my demise, if owned by me, together with the land upon which said home is located, subject to any encumbrance thereon.

### ITEM III.

I give, devise and bequeath all the rest, residue and remainder of my property of every kind and description and

die, the trust shall terminate and the corporus then remaining shall be divided into as many equal shares as I have then living children and deceased children who have left lineal descendants then living. One share shall be distributed to each living child and one share, per stirpes, to the living lineal descendants of each deceased child.

b. If at the time of termination, I have no children or lineal descendants in life, then the trust corpus shall be distributed in equal shares to MRS. WILLIAM V. PARRISH and MRS. WALTER S. ENGDAHL. If either of Mrs. William V. Parrish or Mrs. Walter S. Engdahl die prior to the time of distribution, then the share of such deceased person shall be distributed to those persons who would have taken, and in such proportions as they would have taken, under the residuary clause of the Will of such deceased person, or if such deceased person died in testate then under the applicable laws of testacy in the state of her domicile at the time of such death.

ITEM IV.

In the event my husband and I should die as a result of a common disaster under circumstances wherein it is difficult to determine as a matter of fact which of us survived the other, it shall be conclusively presumed for the purpose of this Will and the distribution of the property hereunder that he predeceased me and this Will shall be construed upon that assumption.

V. PARRISH are unable or unwilling to serve as guardian of the person and property of any such minor child, I appoint MR. AND MRS. WALTER S. ENGDAHL of the State of New York, guardian of the person and property of each such minor child during such minor child's minority.

## ITEM XI.

I direct that all of my just debts, including expenses of last illness and funeral and the placing of a marker over my grave, be paid by my executor as soon as practicable after my death.

All estate taxes imposed on my estate shall be paid out of the residue of my estate except such estate taxes as may be imposed due to any power of appointment I may have. All property transferred by me during my lifetime and all jointly owned property passing to the survivor and all proceeds of insurance on my life payable to beneficiaries other than my estate shall not be diminished by any such taxes. Any property passing under my Will due to any power of appointment I may have shall bear its proportionate share of estate taxes.

The income earned on that part of my property used to pay debts, taxes, expenses, general legacies and other charges against corpus shall be paid to the income beneficiaries of the residue of my estate.

IN WITNESS WHEREOF, I, ANN GRISBY LOCKE HAASE, do hereunto set my hand to this my Last Will, consisting of six pages, on the first six pages of which I have also

# WILL OF ANN HAASE

written my signature, on this the ___/___ day of ~~September~~ *Oct*, 1971.

/s/ Ann Cusly Liede Haase

On this the ___/___ day of ~~September~~ *Oct*, 1971, the above named testator, signed the foregoing instrument, and at the same time declared it to be her Will; and we now at her request, and in her presence, and in the presence of each other, hereunto subscribed our names as witnesses hereof.

WITNESSES:                          ADDRESSES:

/s/ Charles E Leonard              2113 De Leon Py Rd
                                   Atlanta GA

William M Ruh                      695 Westerfield Dr
                                   Atlanta GA

# CERTIFICATE OF SERVICE

I, Milton Haase, have personally served notice of these:

Motion for an Ex-Parte Temporrary Restraining Order against Wells Fargo Bank & Luanne Bonnie

Upon parties in this case

Courtesy mailing to Ms. Luanne Bonnie does not indicate that Petitioner affirms Bonnie is the Personal Representative or acts in a similar role.

David R Haase                                    Luanee Marie Bonnie

21 Wingstone Lane         &              252 Mount Vernon Drive

Devon, Pennsylvania 19333               Decatur, Georgia  30030

By prepaid First Class mail with the United States Postal Service to David Haase

This day of November 7, 2022

Respectfully

_____          DATE: November 7, 2022

Milton Haase

5036 Redcliff Court

Atlanta, Georgia 30338